

January 22, 2015

**<u>Via Electronic Filing</u>**
Honorable Steven C. Mannion, U.S.M.J.
Martin Luther King Bldg & US Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   <u>United States  v. Jonathan Saba</u>
      Case No. 13-06055 (SCM)

Dear Judge Mannion:

This office represents Jonathan Saba in the above matter. We sent a letter yesterday to request permission on his behalf to visit his dying mother in Lebanon and attached a proposed Order modifying the conditions of his release to permit the travel. Mr. Saba's mother, Mrs. Jamale Saba, is in very bad shape, and my client has booked a flight for this evening that leaves at 6:44 p.m. in the hopes that the Court will enter the Order submitted today. In this regard, I now enclose and attach a copy of his travel itinerary for the Court's review to demonstrate his travel plans and return to the United States on Febraru6, 2015.

We will await the Court's decision. Thank you for your courtesy and consideration of this urgent matter.

Respectfully submitted,
***/s/Gina Mendola Longarzo***
GINA MENDOLA LONGARZO

GML:hs
enclosure
cc:   Jamari Buxton, AUSA