LAW OFFICES OF
GINA MENDOLA LONGARZO, LLC



400 MAIN STREET
CHATHAM NEW JERSEY 07928
973.635.2901

GML-1172
Attorney for Defendant
JONATHAN SABA

UNITED STATES DISTRICT COURT
OF THE STATE OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JONATHAN SABA,<br><br>Defendant. | HON. STEVEN C. MANNION, U.S.M..J.<br>CASE NO. 13-6055-2<br><br>Criminal Action<br><br>**ORDER MODIFYING**<br>**CONDITIONS OF RELEASE** |

THIS MATTER having been brought before the Court upon the application of Defendant Jonathan Saba through his attorney, Gina Mendola Longarzo, Esq., of the Law Offices of Gina Mendola Longarzo, LLC, for an Order modifying the conditions of his release, and good cause appearing,

It is on this date of January 22, 2015,

**ORDERED**, that the prior Order Setting Conditions of Release for Defendant Jonathan Saba is hereby modified as follows to allow Defendant Jonathan Saba to be permitted to travel to Beirut, Lebanon, on the date of January 22, 2015, for the purpose of visiting with his terminally ill mother, and he will return to the United States on the date of February 6, 2015; and it is further,

**ORDERED**, that all other conditions of release unrelated to Defendant Jonathan Saba's travel as set forth in the Order Setting Conditions of Release as entered by the Honorable Steven C. Mannion, U.S.M.J. on May 10, 2013, will remain in full effect; and it is further

**ORDERED**, that Pretrial Services is to return Defendant Jonathan Saba's passport for the travel set forth above immediately upon the entry of this Order, and he must return his passport to Pretrial Services upon his return to the United States; and it is further,

**ORDERED** that a copy of this Order be served on all interested parties within three (3) days of its entry.

_____
HON. STEVEN C. MANNION, U.S.M.J.