

400 MAIN STREET
CHATHAM NEW JERSEY 07928

GINA MENDOLA LONGARZO, ESQ.*
KARA A. MACKENZIE, ESQ.*
FRANCESCA N. MENDOLA, ESQ.

*ADMITTED NJ & NY BARS

February 12, 2015

**<u>Via Electronic Filing</u>**
Honorable Steven C. Mannion, U.S.M.J.
Martin Luther King Bldg & US Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   <u>United States  v. Jonathan Saba</u>
       Case No. 13-06055 (SCM)

Dear Judge Mannion:

    This office represents Jonathan Saba in the above matter.  We enclose herein an Order permitting Mr. Saba to attend the funeral of his mother, Mrs. Jamale Saba, in Lebanon on Friday, February 13, 2015, and attach a proposed Order modifying the conditions of his release to permit the travel.  Assistant United States Attorney Jamari Buxton and Pretrial Services have graciously consented to this travel.

    We will await the Court's decision. Thank you for your courtesy and consideration of this urgent matter.

    Respectfully submitted,
    */s/Gina Mendola Longarzo*
    GINA MENDOLA LONGARZO

GML:hs
enclosure
cc:   Jamari Buxton, AUSA

T. 973.635.2901   •   F. 973.635.2904   •   GINA@MENDOLALAW.COM   •   WWW.MENDOLALAW.COM