JJB/2013R00666

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Steven C. Mannion |
| | : | |
| v. | : | Mag. No. 13-6055 |
| | : | |
| JONATHAN SABA | : | <u>DISMISSAL ORDER</u> |

Pursuant to Federal Rule of Criminal Procedure 48(a) and by leave of Court as set forth below, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Criminal Complaint, Magistrate No. 13-6055, against JONATHAN SABA, charging him with conspiracy to distribute and to possess with the intent to distribute Methylenedioxymethamphetamine ("MDMA"), a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), in violation of Title 21, United States Code, Section 846, because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

2/13/15
_____
Date

_____
HON. STEVEN C. MANNION
United States Magistrate Judge

13-6055